JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jayd Schroeder, <br><br> PLAINTIFF(S) <br><br> v. <br><br> County of San Bernardino, et al., <br><br> DEFENDANT(S). | CASE NUMBER <br><br> ED CV 18-427-DMG (JCx) <br><br> **JUDGMENT ON THE VERDICT FOR THE PLAINTIFF** |

This action came on for jury trial, the Honorable Dolly M. Gee, District Judge, presiding, and the issues having been duly tried and the jury having duly rendered its verdict,

IT IS ORDERED AND ADJUDGED that the plaintiff Jayd Schroeder recover of the defendants Nicholas Parcher and Steven Wright the sum of $3,000,000.

                                                                                              Clerk, U. S. District Court

Dated: June 7, 2019                                          By   /s/
                                                                                      Kane Tien, Deputy Clerk