**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo, Esq. (SBN 144074)
dalekgalipo@yahoo.com
Marcel F. Sincich, Esq. (SBN 319508)
msincich@galipolaw.com
Renee V. Masongsong, Esq. (SBN 281819)
rvalentine@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, California 91367
Telephone:  (818) 347-3333
Facsimile:   (818) 347-4118

**SPRAY, GOULD & BOWERS LLP**
Darren M. Harris (SBN 190399)
dharris@sgblaw.com
2 Corporate Park, Suite 201
Irvine, CA 92606
Telephone:  (949) 387-4444
Facsimile:   (949) 387-4544

*Attorneys for Plaintiff,* JAYD SCHROEDER

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAYD SCHROEDER,<br><br>Plaintiff,<br><br>vs.<br><br>NICHOLAS PARCHER, et al.<br><br>Defendants. | Case No. 5:18-cv-00427-DMG-SP<br><br>[*The Honorable Dolly M. Gee*]<br><br>**STIPULATION AND (PROPOSED) ORDER TO SET ASIDE FINAL JUDGMENT**<br><br>[[PROPOSED] Order *filed concurrently herewith*] |

**TO THIS HONORABLE COURT:**

IT IS HEREBY STIPULATED by and between the parties through their respective counsel of record and, respectfully requested of the Court, that the judgment entered in the above matter on June 7, 2019, [Dkt. 154] be set aside. Good cause exists for the following reasons:

1. On July 18, 2019, the parties reached a settlement which included a

stipulated amount of damages as well as the unopposed submission of Plaintiffs' motion for attorneys' fees in exchange for Defendants waiver of post-trial motions, and waiver of appeal. As a specific term of this settlement agreement, Plaintiffs expressly agreed to set aside the judgment previously entered by this Court.

2. On September 10, 2019, the Court ordered that Plaintiff's counsel shall recover from Defendants a total of $697,667.00 in attorneys' fees. [Dkt. No. 175].

3. As of the date of this filing, Plaintiff is in receipt of payment of the settlement, which is a satisfaction of judgment, and in receipt of payment of the Court's award for attorneys' fees.

4. Now that Defendants have satisfied all terms of the settlement agreement, Plaintiffs respectfully ask the Court to set aside the judgment as against all Defendants previously entered on June 7, 2019.

DATED: November 1, 2019

**LAW OFFICES OF DALE K. GALIPO**
**SPRAY, GOULD & BOWERS LLP**

*/s/     Marcel F. Sincich*
Dale K. Galipo
Darren M. Harris
Marcel F. Sincich
Renee V. Masongsong
*Attorneys for Plaintiff*

DATED: November 1, 2019

**FERGUSON PRAET AND SHERMAN**
**A Professional Corporation**

*/s/     Bruce D. Praet*
Bruce D. Praet
*Attorneys for Defendants*